|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 2/26/2016 |

RALPHE LOPEZ, et al.,

                Plaintiffs,

-against-

POKO-ST ANNS L.P., et al.,

                Defendants.

No. 15-CV-04980 (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

    This action having been referred to Judge Moses for settlement; the parties having settled their dispute, including claims brought under the Fair Labor Standards Act; and the parties having thereafter consented to the magistrate judge's authority for all remaining proceedings pursuant to 28 U.S.C. § 636(c); it is hereby **ORDERED** that the parties submit a joint letter, no later than Monday, March 21, 2016, setting forth their views as to why their settlement agreement is fair and reasonable and should be approved in light of the factors enumerated in *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012). The parties should attach a copy of their agreement and any other relevant documents, which will be placed on the public docket. *See Wolinsky*, 900 F. Supp. 2d at 335.

    Dated: New York, New York
            February 26, 2016

                              SO ORDERED.

                              **BARBARA MOSES**
                              **United States Magistrate Judge**

Copies to:
All counsel (via ECF)